THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH BROWN, Appellant.

Submitted May 10, 2010; decided June 3, 2010

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BRUNNER, Appellant.

Submitted May 17, 2010; decided June 3, 2010

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS FELICIANO, Appellant.

Submitted May 24, 2010; decided June 3, 2010

Motion for assignment of counsel granted and Joseph Lee Matalon, Esq., care of Matalon Shweky Elman PLLC, 450 Seventh Ave., 33rd Floor, New York, NY 10123 assigned as counsel to the appellant on the appeal herein.